IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| CORNITHA DANIELS, | ) |
| Plaintiff, | ) |
| v. | ) CIV. NO. 4:22-CV-58-FL |
| KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER

This matter is before the court on Plaintiff's Motion for Judgment on the Pleadings and Defendant's Motion to Remand. Plaintiff's counsel has been contacted regarding Defendant's Motion to Remand.

Accordingly, for good cause shown, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

The Clerk of Court is directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 14th day of February, 2023.

LOUISE W. FLANAGAN
United States District Judge