UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CORNITHA DANIELS )
        Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 4:22-CV-58-FL
KILOLO KIJAKAZI, )
*Acting Commissioner of Social Security* )
)
        Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of Defendant's Consent Motion for Remand to the Commissioner.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on February 14, 2023, that Defendant's Consent Motion for Remand to the Commissioner is granted, and the Court reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) and remands the case to the Commissioner for further proceedings.

**This Judgment Filed and Entered on February 14, 2023, and Copies To:**
Jonathan Howell Winstead (via CM/ECF Notice of Electronic Filing)
Cassia Parson (via CM/ECF Notice of Electronic Filing)


February 14, 2023        PETER A. MOORE, JR., CLERK

                                  /s/ Sandra K. Collins
                              (By) Sandra K. Collins, Deputy Clerk