UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| CORNITHA DANIELS )<br>               Plaintiff, )<br>               )<br>v.                )<br>               )<br>               )<br>KILOLO KIJAKAZI, Acting Commissioner )<br>of Social Security,     )<br>             Defendant. )<br>               ) | **JUDGMENT**<br><br>No. 4:22-CV-58-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the plaintiff's motion and defendant's stipulation for attorney fees under the EAJA.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 9, 2023, that defendant pay to plaintiff $3,990.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**This Judgment Filed and Entered on March 9, 2023, and Copies To:**
Jonathan Howell Winstead (via CM/ECF Notice of Electronic Filing)
Cassia Parson (via CM/ECF Notice of Electronic Filing)

March 9, 2023                    PETER A. MOORE, JR., CLERK

                                         /s/ Sandra K. Collins
                                         (By) Sandra K. Collins, Deputy Clerk